# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER PERMITTING TRAVEL** |
| | ) | |
| vs. | ) | |
| | ) | |
| Ramont Thomas, | ) | Case No. 1:13-cr-208 |
| | ) | |
| Defendant. | ) | |

Defendant Ramont Thomas is charged with attempted sex trafficking of children. Following a detention hearing held on November 26, 2013, defendant was released subject to conditions, including the conditions that he be electronically monitored but not restricted as to travel, activities or other movement unless otherwise provided by the order and that, except on prior approval by the Pretrial Services Officer, defendant was to comply with a curfew of 12:00 AM to 6:00 AM.

On June 2, 2014, the court received an email from defendant's attorney indicating that defendant requests leave to travel to California. Defendant intends to leave Dickinson, North Dakota after midnight on June 4, 2014, and to return to Dickinson by no later than midnight on June 7, 2014. Defendant advised that he had requested leave to travel from his supervising Pretrial Services Officer and was directed to seek leave from the court. The court **GRANTS** defendant leave to travel as requested.

**IT IS SO ORDERED.**

Dated this 2nd day of June, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court